```
                                            FILED ____ LODGED
                                       ____ RECEIVED ____ COPY

                                            SEP 12 2023

                                       CLERK U S DISTRICT COURT
                                         DISTRICT OF ARIZONA
                                       BY_____ DEPUTY
```

1  GARY M. RESTAINO
   United States Attorney
2  District of Arizona

3  SHEILA PHILLIPS
   Assistant United States Attorney
4  Michigan State Bar No. P51656
   Two Renaissance Square
5  40 N. Central Ave., Suite 1800
   Phoenix, Arizona 85004
6  Telephone: 602-514-7500
   Email: sheila.phillips2@usdoj.gov
7  Attorneys for Plaintiff

REDACTED FOR PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-23-1307-PHX-JJT (ESW) |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | VIO: 18 U.S.C. §§ 922(g)(5) and 924(a)(8) (Alien in Possession of Ammunition) Count 1 |
| 1. Carlos Ramirez-Zavala, and (Counts 1-2) | |
| 2. Cesar Humberto Rivera, (Count 2) | 18 U.S.C. §§ 922(o), 924(a)(2) and 2 (Possession of a Machinegun, Aid and Abet) Count 2 |
| Defendants. | 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881; and 28 U.S.C. § 2461(c) (Forfeiture Allegation) |

**THE GRAND JURY CHARGES**:

<u>COUNT 1</u>

On or about August 17, 2023, in the District of Arizona, Defendant CARLOS RAMIREZ-ZAVALA, knowing that he was an alien illegally and unlawfully in the United States, knowingly possessed one or more rounds of Winchester, 9 millimeter, luger Full Metal Jacket ammunition, in and affecting interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(5) and 924(a)(8).

## COUNT 2

On or about August 17, 2023, in the District of Arizona, Defendants CARLOS RAMIREZ-ZAVALA and CESAR HUMBERTO RIVERA did knowingly possess a machinegun.

All in violation of Title 18, United States Code, Sections 922(o), 924(a)(2), and 2.

## FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations of Counts 1 and 2 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, and 28 U.S.C. § 2461(c), and upon conviction of the offense(s) alleged in Counts 1 and 2 of this Indictment, the defendants shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any of the defendants' property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense as to which property the defendants are liable, including, but not limited to, the following property involved and used in the offense:

(1) a Shadow MR920 Pistol Serial Number: SSC011881;

(2) 9 mm Luger Ammunition;

(3) 1 Magazine from the Shadow MR920 Pistol;

(4) a Lone Wolf Arms, Freedom Wolf, 9mm Pistol (unserialized);

(5) 51 Rounds of Winchester, 9 millimeter, luger Full Metal Jacket ammunition; and

(6) 1 Magazine from the Glock 19.

If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States to seek forfeiture of any other property of said defendants up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

All in accordance with 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, 28 U.S.C. § 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

*S/*
FOREPERSON OF THE GRAND JURY
Date: September 12, 2023

GARY M. RESTAINO
United States Attorney
District of Arizona

*S/*
SHEILA PHILLIPS
Assistant U.S. Attorney

- 3 -